| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | Courtroom 940<br>DATE: 3/30/2023    TIME: |

CASE: Civil Cause for Telephone Pre-Motion Conference
22cv6933 Leith v. The County of Nassau et al

APPEARANCES:    Plaintiff: **Frederick K. Brewington**

Defendant: **Laurel R. Kretzing**

FTR: AT&T 10:38-11:14

**Motion for:** <u>Defendants' anticipated motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, DE 11</u>
**Movant:**

Case called.

☒    Counsel for all sides present.

☒    Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.    Motion served by:
Response served by:
Reply and all papers filed by:

☐    Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒    Motion argued.

☒    The Court deems the motion made.

☒    Other: <u>For the reasons set forth on the record, motion granted in part. Plaintiff will have 3 weeks to file an amended complaint.</u>

☐    The parties are to submit order on notice to all parties.

☐    Settlement discussed. Choose an item.

☐    Jury Selection and trial set for:
Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*